UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN REVELS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 – 10, inclusive,<br><br>　　　　Defendants. | Case No. 4:12-cv-01563-PJH<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 – 10, inclusive, |

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff KAREN REVELS against Defendant DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 – 10, inclusive, are dismissed, with prejudice. Plaintiff KAREN REVELS and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 1/30/13



IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE